UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUAN NGUYEN, | ) | NO. SACV 08-00827-SVW (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to Magistrate's Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. The Court concludes that Petitioner's objections reiterate his arguments in the Petition and, thus, do not affect or alter the analysis and conclusions set forth in the Report

\\

\\

\\

\\

1   Having completed its review, the Court accepts the findings and recommendations set forth
2  in the Report.  Accordingly, IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment
3  shall be entered dismissing this action with prejudice.

5  DATED: July 30, 2015.

  _____
  STEPHEN V. WILSON
  UNITED STATES DISTRICT JUDGE