UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HUAN NGUYEN**, | ) | NO. SACV 08-00827-SVW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **MATTHEW CATE**, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 30, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE